UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | |
| CHANTEL DESHAY COLLINS, | § § § § | Case No. 4:21-cr-350 S (03) |
| Defendant. | | |

## SENTENCE DATA SHEET

**DEFENDANT:** Chantel Deshay Collins

**CRIMINAL NO:** 4:21-cr-350 S (03)

**DEFENDANT'S IMMIGRATION STATUS:** USC

**PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B), the Defendant agrees to plead guilty to Count 1 of the Criminal Information. Further, the Defendant waives her right to appeal and collaterally attack her conviction. The Government will, at the time of sentencing, not oppose the Defendant's request for acceptance of responsibility and if applicable, will move for the third acceptance of responsibility point under U.S.S.G. 3E1.1(a) and (b). In addition, if the Defendant persists in her guilty plea, the Government will move to dismiss the Superseding Indictment as to this Defendant at the time of sentencing.

**COUNT ONE:** Misprision of a Felony in violation of Title 18 U.S.C. § 4.

**ELEMENTS:** **Misprision of a Felony – Title 18 U.S.C. §4**

To prove misprision of a felony in violation of 18 U.S.C. § 4, the

United States must prove the following elements:

(1)   A federal felony was committed, to wit: sex trafficking of a minor in violation of Title 18 U.S.C. § 1591(a).

(2)   The defendant had knowledge of the commission of that felony;

(3)   The defendant failed to notify an authority as soon as possible. An "authority" includes a federal judge or some other federal civil or military authority; and

(4)   The defendant did an affirmative act, as charged, to conceal the crime.

**PENALTY:** The maximum penalty is three years' imprisonment; a fine of NMT $250,000.

**SUPERVISED RELEASE** Not more than one year of supervised releases; if she should violate the conditions of any period of supervised release which may be imposed as part of her sentence, then Defendant may be imprisoned for up to one year, without credit for time already served on the term of supervised release prior to such violation.

**SENTENCING GUIDELINES:** Advisory

**SPECIAL ASSESSMENT:** $100 special assessment