UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | 4:21-CR-350 |
| § | |
| DARANIQUA ADAMS § | |

### UNITED STATES' MOTION TO DISMISS SUPERVISED RELEASE VIOLATION

The United States of America moves to dismiss the petition alleging that Daraniqua Adams violated the terms of her supervised release, as discussed on the record on March 29, 2024. Moreover, the Court has already modified the terms of Ms. Adams' supervised release to address the issues raised by the Probation Office. *See Second Amended Order Setting Conditions of Release* [Dkt. 414].

Dated: April 1, 2024         Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: */s/ Kate Suh*
Eun Kate Suh
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9000

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to counsel of record on April 1, 2024 via ECF.

By:   Kate Suh
Kate Suh
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | 4:21-CR-350 |
| DARANIQUA ADAMS § | |

## ORDER

It is **ORDERED** that the request for revocation of supervised release be, and it is hereby, **DISMISSED**;

It is FURTHER ORDERED that material witness Daraniqua Adams shall continue on the terms of her bond, as directed in the Court's *Second Amended Order Setting Conditions of Release* entered on March 29, 2024 [Dkt. 414].

Signed in Houston, Texas, on April ____, 2024.

_____
The Honorable Dena Hanovice Palermo
UNITED STATES MAGISTRATE JUDGE