UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.   § <br> § <br> MICHAEL ANTHONY GONZALEZ § <br>   aka "Mumbles,"   § <br>     Defendant.   § | CRIMINAL NO. 4:21-cr-350  S2 (09) |

### SENTENCE DATA SHEET

**LEGAL STATUS:** United States Citizen

**PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A), the defendant agrees to plead guilty to Count 16 of the Second Superseding Indictment. The defendant agrees to waive the right to appeal and collaterally attack this conviction and any sentence. At the time of sentencing, the United States agrees to: (1) dismiss the remaining counts in the Second Superseding Indictment and (2) if the Court determines that the defendant qualifies for an adjustment under § 3E1.1(a) of the Sentencing Guidelines and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction.

**INDICTMENT:** Count 16: Sex Trafficking – 18 U.S.C. § 1591(a)(1)

**COUNT ONE ELEMENTS:**

(1) The defendant knowingly recruited, enticed, harbored, transported, provided, obtained or maintained by any means a person;

(2) Knowing, or in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means, would be used to cause the person to engage in a commercial sex act; and

(3) The defendant's acts were in or affected interstate or foreign commerce.

| | |
|---|---|
| **PENALTY:** | Count 16 (Sex Trafficking): A mandatory minimum term of imprisonment of 15 years up to life, and/or a fine of not more than $250,000. |
| **ALT. FINE:** | N/A |
| **SUPERVISED RELEASE:** | Count 16 (Sex Trafficking): Minimum 5 years of supervised release up to life. |
| | If the defendant violates the conditions of the supervised release, then the defendant may be imprisoned for the entire term of supervised release, without credit for time already served on the term of the supervised release. |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction and an additional $5,000 per count of conviction under the Justice for Victims of Trafficking Act. |