United States District Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America § § § | |
| § | Crim. No. 4:21-cr-350-4 |
| v. § § | |
| Damarquis McGee § § § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

Before the Court is the United States Magistrate Judge's Report and Recommendation (Dkt. 494), entered on August 26, 2024, that this Court accept the guilty plea of Defendant Damarquis McGee and find him guilty of Count Five of the Second Superseding Indictment. Count Five charges Defendant with Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2). The period for objecting to the Memorandum and Recommendation has passed, and no objections were raised.

After conducting a *de novo* review, the Court finds the Report and Recommendation to be supported by the record and the law and hereby accepts it in its entirety. Accordingly, the Court finds that Defendant is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and his guilty plea is knowing and voluntary. Further, this court finds that

Defendant's guilty plea is supported by an independent basis in fact, containing each of the essential elements of the charged offense.

The Court therefore finds and adjudges Defendant Damarquis McGee to be **GUILTY** of Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2), as charged in Count Five of the Second Superseding Indictment.

SIGNED at Houston, Texas on October 3, 2024.

                                            GEORGE C. HANKS, JR.
                                        UNITED STATES DISTRICT JUDGE