United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                                  Cr. No. H-21-350

**CLARENCE CHRISTOPHER CHAMBERS**
**ASIA MONAE HAILEY**

## ORDER

The Court has considered the Unopposed Joint Motion for Continuance and is of the opinion that the same should be and is GRANTED. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendants, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Joint Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __January 30__, 2025, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __May 9, 2025__ .

Responses shall be filed by __May 19, 2025__ .

A pretrial conference is set for __June 2, 2025__ at __9:30__ am.

Trial in this case is set for __June 9, 2025__ at __1:30__ pm.

SIGNED at Houston, Texas, on the 30th day of __January__ 2025.

_____
Honorable George C. Hanks, Jr.
United States District Judge