UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> vs. § <br> § <br> § <br> CLARENCE CHRISTOPHER § <br> CHAMBERS § <br> aka Crazzi Chris § <br> § <br> Defendant. § | Case No. 4:21-cr-350 S2 (01) |

## SENTENCE DATA SHEET

**LEGAL STATUS:**  United States Citizen.

**PLEA AGREEMENT:**  Pursuant to Rule 11(c)(1)(A) and (B), the Defendant agrees to plead guilty to Counts 1, 2, 8 and 11 of the Second Superseding Indictment. The Defendant agrees to waive the right to appeal and collaterally attack this conviction. At the time of sentencing, the United States agrees to: (1) dismiss the remaining counts against the Defendant in the Second Superseding Indictment and (2) request a term of imprisonment of no more than 35 years.

**INDICTMENT:**  Count 1: Sex Trafficking Conspiracy – 18 U.S.C. § 1594

(1) That the defendant and at least one other person made an agreement to commit the crime of sex trafficking in violation of 18 U.S.C. § 1591; and

(2) The defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose.

<u>Counts 2, 8, and 11</u>: Sex Trafficking of a Minor Through Force, Fraud, and Coercion – 18 U.S.C. § 1591

**ELEMENTS:** (1) That the defendant, knowingly, in or affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, or maintained, by any means, a person; and

(2) Committed such act knowing or in reckless disregard of the fact that either means of force, threats of force, fraud, or coercion, or any combination of such means, would be used to cause the person to engage in a commercial sex act, or having a reasonable opportunity to observe the person who had not attained the age of 18 years would be caused to engage in a commercial sex act.

If the Defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained or maintained, the United States need not provide that the defendant knew the person had not attained the age of 18.

**PENALTY:** A mandatory minimum term of imprisonment of 15 years, up to life, and/or a fine of not more than $250,000.

**ALT. FINE:** N/A

**SUPERVISED RELEASE:** 5 years of supervised release, up to life. If the defendant violates the conditions of the release, then the defendant may be imprisoned for the entire term of supervised release, without credit for time already served on the term of the supervised release.

**SPECIAL ASSESSMENT:** $100 per count of conviction and an additional $5,000 per count of conviction under the Justice for Victims of Trafficking Act.

**FORFEITURE:** N/A