IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:21-cr-350-6 |
| | § | |
| | § | |
| ANDRES SERRANO PORTILLO | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE GEORGE C. HANKS, JR., U.S. DISTRICT JUDGE:

COMES NOW, Andres Portillo, by and through his attorney of record, Gus A. Saper, and files this Motion for Continuance, and respectfully requests that a new sentencing date be set.

Counsel has conferred with the AUSA assigned to this case, Ms. Eun Suh, and she is unopposed to the requested continuance.

1. Sentencing is currently set for February 11, 2026.

2. The final PSR has been filed, and objections were made. Counsel was just recently appointed, and I am the fourth attorney assigned to the case.

3. Counsel is awaiting the available discovery from the U.S. Attorney's office. Counsel has been advised that discovery is voluminous and will require a significant amount of time to review.

4. Counsel has reviewed the PSR and has spoken with the defendant, who has made several requests and has many questions that counsel cannot answer

1

without reviewing the discovery material. I have supplied a one-terabyte hard drive to the U.S. attorney's office and am awaiting its return.

5.  Counsel believes that at least a four-month delay is required.

The law permits a continuance under Title 18, U.S.C. §3161(h)(7)(A) and (B)(iv), as an "ends of justice" continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion for Continuance be granted.

Respectfully submitted,

/S/ Gus A. Saper
Gus A. Saper
Mallett & Saper L.L.P.
5300 Memorial Dr. Suite 750
Houston, Texas 77007
Tel: (713) 236-1900
State Bar No. 17646500
Federal ID Number: 3455
gsaper@mgscounsel.com
Attorney for Andres Poetillo

## CERTIFICATE OF CONFERENCE

I have communicated with Eun Suh, Assistant United States Attorney assigned to this case, and she is not opposed to this Motion.

/S/ Gus A. Saper

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of January 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and it will serve the motion on all parties. I will serve Candice Shetsky, USPO.

<u>/S/ Gus A. Saper</u>