**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States of America

*versus*                                                          Case Number: 4:21−cr−00350

Damarquis McGee

## NOTICE OF NON−COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: March 24, 2026.

Nathan Ochsner, Clerk